IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES A. RAY AND GRACE J. ZBYLOT            PLAINTIFFS

VS.            CIVIL ACTION NO. 4:08-cv-104-TSL-LRA

LIBERTY MUTUAL FIRE INSURANCE COMPANY            DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing, and the Court being advised that the same has been compromised and settled to the satisfaction of all parties and that there remain no issues to be litigated by or between the parties nor adjudicated or determined by the Court, it is

ORDERED AND ADJUDGED that this cause be, and the same hereby is, dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 22nd day of May, 2009.

                         _____
                         U.S. DISTRICT JUDGE

AGREED:

S/ Thomas L. Fulles
Attorney for Plaintiff

S/ Ford Bailey
Attorney for Defendant